File Hashes for IP Address 108.28.199.59

**ISP:** Verizon FiOS
**Physical Location:** Woodbridge, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/18/2014 21:16:41 | EF663D206331C330BDBAD60DE59F75F1315A293D | Elevated Erotica |
| 08/15/2014 00:58:25 | 5612B6644244B6DA8CCB3EE46164EBE96C0220E0 | Thunderstorm Love |
| 08/11/2014 06:51:12 | 089330FBBDFB58C26188A2DD5DDB5F9106CBB73C | In the Blind |
| 08/08/2014 00:45:40 | 8E2ABD766FAD8E3A12FC302B013932415FDDD6FD | Paint Me Beautiful |
| 07/08/2014 16:55:09 | 45D93961A97C6E4C4EA0779523F4E07CD066BAC3 | Model Couple |
| 07/08/2014 16:53:56 | 70297DC345CA665E8DDADB438E498CFFFB66AD57 | Model Couple on Vacation |
| 07/01/2014 04:24:52 | 2A05E9869A686BCAD59ACBAA0203049202AEAE0C | Sexy In The City |
| 07/01/2014 04:20:51 | 2E6C1013BB4CCAEA05E359D66BB514B5C88DE14C | Come Close |
| 07/01/2014 03:45:29 | AC1FB83507AD965F693D2FB5D9945E1140B148F4 | Give Me More Part 2 |
| 06/21/2014 23:25:18 | 8D357CC8A76374C2534F5B6C92DFA6373DD18A48 | Coming Late |
| 05/24/2014 14:01:49 | 52547B96DD0BDFB178E1718D81B159D10A5800C1 | Two By Two |
| 05/19/2014 00:11:47 | 9B2D98987560366CA5F58EC444BC76A49A868BA1 | Meet My Lover From Austria |
| 05/15/2014 19:43:42 | A1B0A9B8D530009523AD651AD83C5E14645DB259 | Knock On My Door |
| 05/15/2014 19:38:17 | 85E12154C5682384996C362A4F88F18E29252F5F | Submissive Seduction |
| 05/15/2014 19:35:56 | 2A49A45ED898A2E8587E15BD4A83EDE709D66D26 | Sex and Submission |
| 05/15/2014 19:29:12 | 75F6F44501F0E0472C70A5870ABB57ACA3E1FCD2 | Awakening |
| 05/12/2014 22:50:41 | 493C4697829128333D1095B6259C046CA0A99859 | Another Night |
| 05/10/2014 06:57:49 | 043B516539A611AB2CF408DFBA75AC1CE858DF48 | A Little Rain Must Fall |
| 05/02/2014 05:54:04 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 03/29/2014 08:24:13 | EF52C15B1476376800FDFE6E928A15EF8F81B375 | Fashion Models |
| 03/20/2014 11:56:59 | 6C3CA4F93DC64C8A1EAF8DB79ECCC1EAD1634177 | Making Music |
| 02/28/2014 01:25:06 | 04A0A1ED0684867A1CF36283CBED7DA1A1B0F811 | Feeling Frisky |

EXHIBIT A

EVA83

Total Statutory Claims Against Defendant: 22

EXHIBIT A

EVA83