Copyrights-In-Suit for IP Address 108.28.199.59

ISP: Verizon FiOS
Location: Woodbridge, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 05/10/2014 |
| Another Night | PA0001833359 | 03/13/2013 | 04/12/2013 | 05/12/2014 |
| Awakening | PA0001868806 | 11/09/2013 | 11/10/2013 | 05/15/2014 |
| Come Close | PA0001905140 | 06/23/2014 | 06/30/2014 | 07/01/2014 |
| Coming Late | PA0001904286 | 06/19/2014 | 06/24/2014 | 06/21/2014 |
| Elevated Erotica | PENDING | 08/17/2014 | 08/21/2014 | 08/18/2014 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 03/29/2014 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 02/28/2014 |
| Give Me More Part 2 | PA0001905479 | 06/29/2014 | 07/02/2014 | 07/01/2014 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 05/02/2014 |
| In the Blind | PENDING | 08/08/2014 | 08/18/2014 | 08/11/2014 |
| Knock On My Door | PA0001895763 | 05/09/2014 | 05/16/2014 | 05/15/2014 |
| Making Music | PA0001883769 | 03/07/2014 | 03/22/2014 | 03/20/2014 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 05/19/2014 |
| Model Couple | PA0001852677 | 06/22/2013 | 06/27/2013 | 07/08/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 07/08/2014 |
| Paint Me Beautiful | PENDING | 08/04/2014 | 08/11/2014 | 08/08/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 05/15/2014 |
| Sexy In The City | PA0001905511 | 06/27/2014 | 07/02/2014 | 07/01/2014 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 05/15/2014 |
| Thunderstorm Love | PENDING | 08/13/2014 | 08/21/2014 | 08/15/2014 |

EXHIBIT B

EVA83

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 05/24/2014 |

Total Malibu Media, LLC Copyrights Infringed: 22

EVA83

EXHIBIT B