## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

        Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 108.28.199.59,

        Defendant.

Civil Action No. 1:14-cv-01160-TSE-TCB

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 108.28.199.59. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 19, 2014

Respectfully submitted,

By: /s/ William E. Tabot
William E. Tabot PC
9248 Mosby Street
Manassas, VA 20110-5038
Phone: 703-530-7075
Email: wetabotesq@wetlawfirm.com
*Attorney for Plaintiff*

So Ordered

/s/ [signature] 11/19/14
T. S. Ellis, III
United States District Judge

1